`NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2008-5163

ANTHONY L. FAZIO, FAVE E. FAZIO, CURTIS L. IVEY,
DORIS W. IVEY, MICHAEL P. JOHNSON, MARY B. JOHNSON,
WALTER P. LEDET, JR., and PHILLIP E. NICHOLS,

Plaintiffs-Appellants,

v.

UNITED STATES,

Defendant-Appellee.

Appeal from the United States Court of Federal Claims in 07-CV-163, Judge Lawrence J. Block.

ON MOTION

ORDER

The appellants move without opposition for a 6-day extension of time, until April 21, 2009, to file their response to the court's March 20, 2009 order.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

APR 1 7 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:    Sallie W. Gladney, Esq.
        Deborah K. Snyder, Esq.
s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 1 7 2009

JAN HORBALY
CLERK